Jeremy T. Bergstrom, Esq.  
Attorney Bar No. 6904  
MILES, BAUER, BERGSTROM & WINTERS, LLP  
2200 Paseo Verde Pkwy., Suite 250  
Henderson, NV  89052  
(702) 369-5960 / FAX (702) 369-4955  
File No. 08-93987  

E-filed on <u>October 2, 2008</u>

Attorneys for Secured Creditor  
COUNTRYWIDE HOME LOANS, INC.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re, | BK No.: BK-S-08-20680-MKN |
| MORTON JAMES AND LEAH PEDERSON, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, COUNTRYWIDE HOME LOANS, INC., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

Jeremy T. Bergstrom, Esq.  
MILES, BAUER, BERGSTROM & WINTERS, LLP  
2200 Paseo Verde Pkwy., Suite 250  
Henderson, NV  89052  
PH (702) 369-5960

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   <u>October 1, 2008</u>     By:   /s/ Jeremy T. Bergstrom, Esq.
  Jeremy T. Bergstrom, Esq.  
  Attorney for Secured Creditor

1

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on __October 2, 2008__, a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Anthony Deluca
5830 W. Flamingo Rd., #233
Las Vegas, NV  89103

CHAPTER 13 TRUSTEE:
Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Sara Aslinger
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

(08-93987/rfsnlv.dot/sla)