1  Jeremy T. Bergstrom, Esq.                                          E-filed on October 10, 2008
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 08-94250

5  Attorneys for Secured Creditor
   BANK OF THE WEST
6
                            **UNITED STATES BANKRUPTCY COURT**
7                                **DISTRICT OF NEVADA**

8  In Re,                                              BK No.: BK-S-08-20680-MKN

9  MORTON JAMES PEDERSEN AND LEAH            Chapter 13
   PEDERSEN,
10                                                     **REQUEST FOR SPECIAL NOTICE**
                   Debtor(s).
11
   TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
12 ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13         PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, BANK OF THE WEST, requests that all notices given in

15 this case and all papers served or required to be served in this case (including, but not limited to,

16 Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset

17 Report), be given to and served upon the undersigned at the following address and telephone

18 number.

19         Jeremy T. Bergstrom, Esq.
           MILES, BAUER, BERGSTROM & WINTERS, LLP
20         2200 Paseo Verde Pkwy., Suite 250
           Henderson, NV  89052
21         PH (702) 369-5960

22                              MILES, BAUER, BERGSTROM & WINTERS, LLP

23 Dated:    October 10, 2008      By:   /s/ Jeremy T. Bergstrom, Esq.
                                         Jeremy T. Bergstrom, Esq.
24                                       Attorney for Secured Creditor

                                          1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on  October 10, 2008 , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

<u>ATTORNEY FOR DEBTOR</u>:
Anthony Deluca
5830 W. Flamingo Rd., #233
Las Vegas, NV  89103

<u>CHAPTER 13 TRUSTEE</u>:
Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

　　　　　　　　　　　　　　　　 /s/ Sara Aslinger
　　　　　　　　　　　　　　　　An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(08-94250/rfsnlv.dot/sla)**